## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

**In re: Syngenta Litigation**

This document relates to:
All cases referenced in attached Exhibit A

ORDER TO REMAND REMOVED ACTION

### ORDER

On June 22, 2015, the parties to the above-referenced action filed a Joint Stipulation to Remand Removed Action. The Court having reviewed that Stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved; and,

2. Cases listed in attached Exhibit A are hereby remanded to the District Court where each action was originally filed.

IT IS SO ORDERED.

Dated: June 23, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge